UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY ROSE SAMPSON, ) | |
| *deceased* ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:12-CV-50-F |
| ) | |
| HSBC FINANCE CORPORATION, ) | |
| HSBC CONSUMER LENDING, USA, ) | |
| INC., BENEFICIAL MORTGAGE CO., ) | |
| OF NORTH CAROLINA, BENEFICIAL ) | |
| FINANCIAL I, INC., SHAPIRO AND ) | |
| INGLE, LLP, RICHARD P. McNEELY, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows.

**IT IS ORDERED, ADJUDGED AND DECREED** that the "Proposed Amended Complaint" is DENIED, and this action is DISMISSED. To the extent it seeks relief from this court, the "Objections" document is DENIED. Any other pending motion is DENIED as moot. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on April 4, 2012, and Copies To:**

Jason K. Purser (via CM/ECF Notice of Electronic Filing)
Khufu-Sutukh: Ranub-El (via regular mail to c/o 1266 West Paces Ferry Road, Suite 279, Atlanta, GA 30327-2306)

DATE                                       JULIE A. RICHARDS, CLERK
April 4, 2012                              /s/ Susan K. Edwards
                                           (By) Susan K. Edwards, Deputy Clerk